852

No. 876. CHAMP SPRING CO. v. UNITED STATES. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Walter R. Mayne* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Sewall Key, S. Dee Hanson, William H. Riley, Jr.*, and *Clarence M. Charest* for the United States.

No. 885. TODD v. CITIZENS GAS CO. ET AL.; and
No. 886. COTTER ET AL. v. SAME. May 18, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frederick E. Matson, Earl B. Barnes, William L. Taylor*, and *Walter T. Kinder* for petitioners. *Messrs. W. H. Thompson, Henry H. Hornbrook*, and *Albert L. Rabb* for respondents.

No. 892. SOUTHERN RY. CO. v. VARNELL. May 18, 1931. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. S. R. Prince, H. O'B. Cooper* and *L. E. Jeffries* for petitioner. *Mr. William Shelton Pritchard* for respondent.

No. 897. ROGERS v. WATSON ET AL. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Otto Gresham* for petitioner. *Messrs. William L. Taylor, Arthur L. Gilliom*, and *Albert Ward* for respondents.

No. 964. SMITH v. DANIEL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for